No. 82–401. RICE, DIRECTOR, DEPARTMENT OF ALCO-HOLIC BEVERAGE CONTROL OF CALIFORNIA *v.* REHNER. C. A. 9th Cir. [Certiorari granted, *ante*, p. 966.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 82–599. COMMISSIONER OF INTERNAL REVENUE *v.* ENGLE ET UX. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1102.] Motion of the parties to dispense with printing the joint appendix granted.

No. 82–1166. ZURN INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Motion of petitioner to expedite briefing denied.

No. 82–5576. PICKETT ET AL. *v.* BROWN ET AL. Sup. Ct. Tenn. [Probable jurisdiction noted, *ante*, p. 1068.] Motion of Children's Defense Fund et al. for leave to file a brief as *amici curiae* granted.

No. 82–6057. IN RE WEST; and
No. 82–6079. IN RE TANNER. Petitions for writs of habeas corpus denied.

No. 82–5806. IN RE DEJARNETTE; and
No. 82–5919. IN RE FARACI. Petitions for writs of mandamus denied.

No. 82–1242. IN RE KEENE CORP. ET AL. Motion of petitioners to expedite consideration of the petition for writ of prohibition and/or mandamus denied. Petition for writ of prohibition and/or mandamus denied.

No. 82–5880. IN RE HANSON. Petition for writ of prohibition and/or mandamus denied.

No. 82–729. REGAN, SECRETARY OF THE TREASURY, ET AL. *v.* TIME, INC. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted.